Case 1:02-cr-00116-CG   Document 227   Filed 07/29/15   Page 1 of 1

AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>**GERALD EUGENE BENNETT** | )<br>)<br>)<br>) Case No: 02-00116-001<br>) USM No: 08163-003 |
| Date of Original Judgment: 02-18-2003<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Pro Se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **288**  months **is reduced to**  **257 months**  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

This reduction pertains to the sentences on Counts 1 & 2. The sentences on Counts 3 through 8 are not subject to reduction.

The Court notes Defendant's objection to the guideline recalculation, but finds that it was correctly calculated by U.S. Probation.

Except as otherwise provided, all provisions of the judgment dated  02-18-2003  shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 07-29-2015

Effective Date: 11-01-2015
*(if different from order date)*

Callie V.S. Granade
U.S. District Judge

*Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.07.29 14:15:05 -06'00'*

*Judge's signature*

United States District Judge
*Printed name and title*