UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

UNITED STATES OF AMERICA

CRIMINAL No. 02-00116-CG

GERALD EUGENE BENNETT

ADDENDUM TO BENNETT'S REQUEST FOR COMPASSIONATE
RELEASE FOR EXTRAORDINARY AND COMPELLING REASONS,
(DOUBLE JEOPARDY) TO REDUCE OR VACATE HIS SENTENCE.

FILED DEC 13 '21 PM 3:14 USDC/ALS

On October 1st, 2021, Circuit Court Judge Mckeague ruled
in UNITED STATES V. Joshua Grant, No. 20-4078, that the district
court committed plain error in entering multiple convictions and
sentences under § 922(g) for the same incident of firearm possession.
"Our circuit has not "expressly addressed... whether Congress intended to
permit multiple punishments for violations of two or more subdivisions of
§922(g)" based on a single incident of firearm possession. United States v.
Ocampo, 919 F. Supp. 2d 898, 905-06 (E.D. Mich. 2013). But we have recognized,
in an unpublished decision, that "the subdivisions of §922(g) do not
support separate sentences for a single criminal act." United States
v. Modena, 430 F. App'x 444, 446 (6th Cir. 2011). And every circuit to address
this question unanimously agrees that §922(g) does not permit
multiple punishments based on the statute's different subdivisions
for a single incident of firearm possession. United States v. Parker,
508 F. 3d 434, 440 (7th Cir. 2007); United States v. Richardson, 439 F. 3d 421,
422 (8th Cir. 2006)(en banc)(per curiam); United States v. Shea, 211 F. 3d

658, 673 (1ˢᵗ Cir. 2000); United States v. Dunford, 148 F.3d 385, 389 (4ᵗʰ Cir 1989); United States v. Johnson, 130 F.3d 1420, 1426 (10ᵗʰ Cir. 1997); United States v. Munoz-Romo, 989 F.2d 757, 759-60 (5ᵗʰ Cir. 1993); United States v. Winchester, 916 F.2d 601, 607-08 (11ᵗʰ Cir 1990)."

" The Double Jeopardy Clause of the U.S. Constitution provides that no person may be "twice put in jeopardy" for the same offense. U.S. Const. amend V. The clause 'protects not only against a second trial for the same offense, but also against multiple punishments for the same offense [.]" Whalen v. United States, 445 U.S. 684, 688 (1980) (citation and quotations omitted). To determine "whether punishments imposed by a court after a defendant's conviction upon criminal charges are unconstitutionally multiple [,] courts look to "what punishments the Legislative Branch has authorized." Id. (collecting cases); see also White v. Howes, 586 F.3d 1025, 1035 (6ᵗʰ Cir. 2009) ( explaining that "current jurisprudence allows for multiple punishments for the same offense provided the legislature has clearly indicated its intent to so provide, and recognizes no exception for necessarily included, or overlapping offenses.")".

Bennett was convicted of both §922(g)(1) and §922(g)(3) and according to Judge McKeague's above statements concerning U.S.C.§922(G) Bennett is serving an unconstitional sentence, and that the district court committed plain error. U.S. v. Olano, 507 U.S. 725, 732-34 (1993); United States v. Vonner, 516 F.3d 382, 386 (6ᵗʰ Cir. 2008 ); Apprendi v. New Jersey, 503 U.S. 466, 120 S Ct. 2348, 147 L. Ed 2d 435 (2000); U.S. v Dean 487 F. 3d 840 847 (11ᵗʰ Cir. 2007); United States v. Winchester, 916 F. 2d 601, 607-08 (11ᵗʰ Cir. 1990).

The Defendant is not an attorney but he does understand that the Honorable Court may not have formal jurisdiction, similar to (Doc. 278) where Bennett was requesting the Court to move on his behalf for when the Supreme Court vacated his Judgment and no proper hearing on Bennett's behalf was ever considered. Bennett only hopes that the Honorable Court will consider the issues in this document as extraordinary and compelling reasons to Grant his motion for Compassionate Release and reduce his sentence as the Honorable Court sees fit.

This Institutions (Yazoo City Low) medical staff have failed to follow the orders of the cardiologist from St. Cabrini's Hospital in Louisiana, of which medical staff recognized in Bennett's intake medical review upon his arival here in May of 2021, Dr. Martinez promised Bennett that the cardiologists orders would be carried out and that Bennett would be receiving further attention from a new cardiologist here in Mississippi. To this date no medical staff has responded to any of his requests for medical attention (12-7-21), concerning his preexisting cardiac issues, nor have they responded to his request for his medical records. The Defendant hopes the Honorable Court will appoint him counsel to help him Sobpoena his medical records for the honorable Court to view. This will prove that Bennett is not receiving proper medical care, and that he is unable to treat his own serious medical issues at this facility.

The Defendant hopes that the Honorable Court will take into consideration Bennett's extensive attempt to rehabilitate himself, completing 58 classes in the BOP alone; 5 degrees by correspondence classes

3.

including a Master Degree in Theology and he is currently working on his PhD. A Technical Diploma in Business From LSU, and dozens of more edicational and religious diplomas and certificates. Bennett has never received an incident report or disciplinary action of any kind, and has never missed a FRP payment on his restitution. Bennett hopes the Honorable Court will consider every thing in this Addendum Extaordinary and Compelling Evidence that he should be Granted Compassionate Release and Reduce his sentence, and if Further arguments need to be addressed that Counsel will be appointed For him by the honorable Court.

12-7-21
Gerald Bennett

TRULINCS  08163003 - BENNETT, GERALD EUGENE - Unit: YAZ-B-A

----------------------------------------------------------------------------------------------

FROM: 08163003
TO: Health Services LOW
SUBJECT: ***Request to Staff*** BENNETT, GERALD, Reg# 08163003, YAZ-B-A
DATE: 11/30/2021 10:16:54 AM

To: UNITED STATES DISTRICT COURT SOUTHERN DIS.
Inmate Work Assignment: COMPASSIONATE RELEASE

ATTENTION MEDICAL STAFF AT FCC YAZOO LOW AND DOCTOR MARTINEZ AND WARDEN OF THIS PRISON

I AM SEEKING A REQUEST FOR COMPASSIONATE RELEASE BECAUSE THIS INSTITUTION HAS FAILED TO FOLLOW THE ORDERS OF THE CARDIOLOGIST, THAT WAS RECOGNIZED BY DR. MARTINEZ ON MY ARRIVAL AT THIS PRISON IN A MEDICAL INTERVIEWS SIX MONTHS AGO. NO ONE HAS RESPONDED TO MY CRIES FOR MEDICAL ATTENTION,FOR MY OUT OF CONTROL HYPERTENSION, NOR HAS ANY ONE TAKEN MY BLOOD PRESSER, OR SHOWN ANY CONCERNS FOR MY WELL BEING CONCERNING MY SERIOUS CARDIAC ISSUES. I AM STILL HAVING CHEST PAIN, TACHYCARDIA, DIZZINESS, AND PLAIN NOT FEELING WELL. NO ONE ANSWERS ON THIS COMPUTER DESIGNED FOR REQUEST TO STAFF AND MEDICAL. THEREFORE I AM NOT RECEIVING ADDIQUITE MEDICAL ATTENTION, NOR AM I ABLE TO PROVIDE MY OWN MEDICAL ATTENTION IN THIS FACILITY. I AM SENDING A COPY OF THIS REQUEST TO THE UNITED STATES DISTRICT COURT IN ASKING FOR  3582 COMPASSIONATE RELEASE FROM THE COURT BECAUSE OF THE LACK OF HEALTH CARE I AM RECEIVING HERE AT FCC YAZOO CITY. THANK YOU FOR YOUR LACK OF CONCERN FOR MY HEALTH ISSUES AND FAILURE TO RESPOND TO MY MEDICAL NEEDS, ORDERED BY REAL DOCTORS IN THE FREE WORLD. HOPEFULLY I WILL NOT DIE BEFORE I RECEIVE THE MEDICAL ATTENTION I HAVE BEEN REQUESTING FOR A YEAR DUE TO MY SYMPTOMS AND DECLINING HEALTH. I HAVE ALSO NOTIFIED THE WARDEN OF THIS PROBLEM AND HE HAS ALSO REMAINED SILENT. INMATE GERALD BENNETT CASE NO. 02-00116-CG, IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION.

TRULINCS  08163003 - BENNETT, GERALD EUGENE - Unit: YAZ-B-A

---------------------------------------------------------------------------------------------

FROM: 08163003
TO: Health Services LOW
SUBJECT: ***Request to Staff*** BENNETT, GERALD, Reg# 08163003, YAZ-B-A
DATE: 10/20/2021 01:56:09 PM

To: Dr. Martinez
Inmate Work Assignment: none

Dr. Martinez, when I saw you in June and you review my medical records you said you saw that I was scheduled to see a cardiologist so that he could finish up the tests that the cardiologist that saw me before I left Oakdale Low ordered. I am still experiencing the same symptoms. No one has been checking my blood pressure. Sick call at Yazoo City low is only once a week, if that. Am I still going to see a doctor or are you waiting for things to get worse. 10-20-21, inmate Bennett

TRULINCS  08163003 - BENNETT, GERALD EUGENE - Unit: YAZ-B-A

---------------------------------------------------------------------------------------------------

FROM: 08163003
TO: Health Services LOW
SUBJECT: ***Request to Staff*** BENNETT, GERALD, Reg# 08163003, YAZ-B-A
DATE: 11/15/2021 09:03:55 AM

To: Dr. Martinez
Inmate Work Assignment: unassigned

Dr. Martinez, I have been on this compound for nearly half a year now, when I got hear and you interviewed me, you recognized that I was put in to see a cardiologist for further testing for the tachycardia, uncontrolled hypertension, chest pain, and dizzy spells that I have been experiencing and still am. I have managed to make it to medical when an officer called you guys for other emergencies i have experienced and my blood pressure was out of control when it was checked those times. But it was ignored because that was not the extreme pain I was being treated for. You said I would be going back to the cardiologist, as well as the eye, nose, and throat doctor but nothing has happened yet, nor has any one answered my emails, like the one I am sending now. Medical has responded to my emails for refills of my medication so it is certain you guys are reading this. It is apparent that Sick-Call is literally nonexistent here at Yazoo City Low and you guy only treat extreme emergencies her. I am not receiving adequate medical care here and I'm not able to give care to my self for my conditions. Shouldn't you guy at least put me on a regular check up for my blood pressure to get my meds right, or do I have to suffer an extreme medical event first to receive treatment?

## MALE PATTERN RISK SCORING

| Register Number: | 08163-003 | Date: | 6/4/2020 |
|---|---|---|---|
| Inmate Name: | BENNETT, Gerald | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age<br>**51-60**<br>Click on gray dropdown box to select, then click on dropdown arrow | > 60 | 0 | **7** | 0 | **4** |
| | 51-60 | 7 | | 4 | |
| | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction<br>**No** | No | 0 | **0** | 0 | **0** |
| | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN)<br>**No** | No | 0 | **0** | 0 | **0** |
| | Yes | 5 | | 5 | |
| 4. Criminal History Points<br>**2 - 3 Points** | 0 - 1 Points | 0 | **8** | 0 | **4** |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes<br>**None** | None | 0 | **0** | 0 | **0** |
| | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence<br>**> 15 Years Serious** | None | 0 | **2** | 0 | **2** |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score<br>**HS Degree / GED** | Not Enrolled | 0 | **-4** | 0 | **-2** |
| | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status<br>**No DAP Completed** | No DAP Completed | 0 | **0** | 0 | **0** |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports  (120 months)<br>**0** | 0 | 0 | **0** | 0 | **0** |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months)<br>**0** | 0 | 0 | **0** | 0 | **0** |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report<br>**12+ months or no incidents** | 12+ months or no incidents | 0 | **0** | 0 | **0** |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report<br>**12+ months or no incidents** | 12+ months or no incidents | 0 | **0** | 0 | **0** |
| | 7-12 months | 1 | | 2 | |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| 13. FRP Refuse<br>**NO** | NO | 0 | **0** | 0 | **0** |
| | YES | 1 | | 1 | |
| 14. Programs Completed<br>**1** | 0 | 0 | **-2** | 0 | **-1** |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs<br>**1 Program** | 0 Programs | 0 | **-1** | 0 | **-1** |
| | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | **General:** | **10** | **Violent:** | **6** |
| **General/Violent Risk Levels** | | **General:** | Minimum | **Violent:** | Minimum |
| **OVERALL MALE PATTERN RISK LEVEL** | | | **Minimum** | | |

```
   YAZQN   606.00  *      MALE CUSTODY CLASSIFICATION FORM      *      07-01-2021
PAGE 001 OF 001                                                        09:13:16
                              (A) IDENTIFYING DATA
REG NO..: [08163-003]              FORM DATE: 06-11-2021          ORG: YAZ
NAME....: BENNETT, GERALD EUGENE
                                        MGTV: NONE
PUB SFTY: GRT SVRTY                      MVED:
                              (B) BASE SCORING
DETAINER: (0) NONE                 SEVERITY........: (7) GREATEST
MOS REL.: 92                       CRIM HIST SCORE: (02) 3 POINTS
ESCAPES.: (0) NONE                 VIOLENCE........: (2) > 15 YRS SERIOUS
VOL SURR: (0) N/A                  AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%      PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


                  --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+11  +19    -3        +8        LOW           N/A            IN     DECREASE


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  YAZQN  540*23 *         SENTENCE MONITORING        *      07-01-2021
PAGE 003 OF 003 *          COMPUTATION DATA          *      09:12:54
                           AS OF 07-01-2021


REGNO..: 08163-003 NAME: BENNETT, GERALD EUGENE


TOTAL PRIOR CREDIT TIME.........: 284
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1696
TOTAL GCT EARNED................: 1026
STATUTORY RELEASE DATE PROJECTED: 02-13-2029
ELDERLY OFFENDER TWO THIRDS DATE: 04-19-2023
EXPIRATION FULL TERM DATE.......: 10-06-2033
TIME SERVED.....................:     19 YEARS     1 MONTHS     22 DAYS
PERCENTAGE OF FULL TERM SERVED..: 60.9
PERCENT OF STATUTORY TERM SERVED: 71.5


PROJECTED SATISFACTION DATE.....: 02-13-2029
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: SENTENCE ORDERED TO RUN CONCURRENT TO AL STATE SENTENCE(S).
                JAIL CREDIT AWARDED PURSUANT TO WILLIS VS. U.S. DECISION.
                7-31-15 DSCC RECEIVED ORDER REDUCING TIE FROM 288M TO 257M
                PURSUANT TO THE DGA EFFECTIVE 11-01-2014, AAL/NOV
                03-24-20 GCT UPDATE PURSUANT TO FSA..SLR/N




S0055     NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```



**Individualized Reentry Plan - Program Review  (Inmate Copy)**     SEQUENCE: 01048970

Dept. of Justice / Federal Bureau of Prisons     Team Date: 10-03-2019

Plan is for inmate: BENNETT, GERALD EUGENE  08163-003

| | | | |
|---|---|---|---|
| Facility: | OAK OAKDALE I FCI | Proj. Rel. Date: | 09-20-2029 |
| Name: | BENNETT, GERALD EUGENE | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 08163-003 | DNA Status: | POM01785 / 09-27-2011 |
| Age: | 54 | | |
| Date of Birth: | 01-21-1965 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OAK | REC AM | REC AM | 06-18-2018 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OAK | ESL HAS | ENGLISH PROFICIENT | 10-06-2011 |
| OAK | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-06-2011 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| OAK | C | PRISON FELLOWSHIP (RP6) | 09-13-2019 | 09-24-2019 |
| OAK | C | BEG SPAN WED&THR 6:30 - 8:00 | 04-15-2019 | 06-10-2019 |
| OAK | C | PRISON FELLOWSHIP (RP6) | 04-09-2019 | 04-11-2019 |
| OAK | C | 7 AREAS OF LIFE TRNG (RPP#3) | 06-13-2018 | 04-03-2019 |
| OAK | C | PRISON FELLOWSHIP (RP6) | 09-18-2018 | 09-20-2018 |
| OAK | C | DISCIPLESHIP CLASS 3 | 06-21-2018 | 08-30-2018 |
| POM | W | ENROLLED CORRESPONDENCE | 09-06-2013 | 01-31-2018 |
| POM | C | TRUTH AND LIES AND TEMPTA | 12-11-2017 | 12-11-2017 |
| POM | C | COMASH CALL TO COUNTER CUL | 07-17-2017 | 07-17-2017 |
| POM | C | RPP 6: ETIQUETTE & COMMUNICAT | 04-16-2017 | 05-21-2017 |
| POM | C | HORIZONTAL JESUS | 01-13-2017 | 01-14-2017 |
| POM | C | RECOVER REDEMPTION | 10-17-2016 | 12-01-2016 |
| POM | C | POWER OF GODS NAMES | 05-08-2016 | 06-19-2016 |
| POM | C | RPP 6: ETIQUETTE & COMMUNICAT | 03-22-2016 | 05-03-2016 |
| POM | C | DREAM GODS VISION | 11-08-2015 | 01-24-2016 |
| POM | C | VOCAL CLASS | 10-13-2015 | 12-29-2015 |
| POM | C | COMMERCIAL DRIVES LICENSE/ACE | 11-07-2015 | 12-20-2015 |
| POM | C | SLEEPING GIANT | 09-27-2015 | 11-01-2015 |
| POM | C | SALT 4 PHYSICAL | 05-27-2015 | 06-24-2015 |
| POM | C | SALT 3 SOCIAL | 04-08-2015 | 05-20-2015 |
| POM | C | SALT 2 PSYCH | 02-11-2015 | 03-18-2015 |
| POM | C | SALT 1 SPIRITUAL | 01-07-2015 | 02-04-2015 |
| POM | C | DISCIPLE MAKING | 06-28-2015 | 08-16-2015 |
| POM | C | KINGDOM MAN | 05-10-2015 | 06-14-2015 |
| POM | C | FIGHT EVIL | 02-22-2015 | 05-03-2015 |
| POM | C | MANHOOD RESTORED | 01-04-2015 | 02-08-2015 |
| POM | C | ADV GUITAR | 05-24-2015 | 08-09-2015 |
| POM | C | ADV PIANO | 12-07-2014 | 03-01-2015 |
| POM | C | IMD GUITAR | 12-11-2014 | 03-05-2015 |
| POM | C | SERVING AND LEARNING TOGETHER | 03-12-2014 | 12-03-2014 |
| POM | C | PIANO | 08-23-2014 | 11-08-2014 |
| POM | C | INMATE IN GUITAR CLASS | 08-20-2014 | 11-05-2014 |
| POM | C | INMATE IN DRUM CLASS | 08-17-2014 | 11-02-2014 |
| POM | C | BUS MANAGEMENT VT 7:30-11:00A | 05-29-2012 | 11-04-2013 |
| POM | C | BUS MGMT: JOB SEEKING SKILLS | 10-11-2013 | 11-04-2013 |
| POM | C | BUS MGMT: FOUNDATIONS | 09-13-2013 | 10-11-2013 |
| POM | C | BUS MGMT: HUMAN RESOURCE | 08-09-2013 | 09-13-2013 |



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

SEQUENCE: 01048970

Dept. of Justice / Federal Bureau of Prisons

Team Date: 10-03-2019

Plan is for inmate: BENNETT, GERALD EUGENE  08163-003

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| POM | C | BUS MGMT: BUSINESS LAW | 07-12-2013 | 08-09-2013 |
| POM | C | BUS MGMT: SMALL BUS OFF PROCED | 06-07-2013 | 07-12-2013 |
| POM | C | BUS MGMT: BUSINESS | 05-10-2013 | 06-07-2013 |
| POM | C | BUS MGMT: BUSINESS MATH | 03-08-2013 | 05-10-2013 |
| POM | C | BUS MGMT: ACCOUNTING 2 | 12-21-2012 | 03-08-2013 |
| POM | C | BUS MGMT: ACCOUNTING 1 | 10-05-2012 | 12-21-2012 |
| POM | C | BUS MGMT: RECORDS MANAGEMENT | 08-24-2012 | 10-05-2012 |
| POM | C | BUS MGMT: BUSINESS ENGLISH | 07-13-2012 | 08-24-2012 |
| POM | C | BUS MGMT: CUSTOMER SERVICE | 06-01-2012 | 07-13-2012 |
| POM | C | BUS MGMT: FRESHMAN SEMINAR | 05-29-2012 | 06-01-2012 |
| POM | C | INTERVIEW JOB FAIR | 06-19-2014 | 06-20-2014 |
| POM | C | RPP2 JOB FAIR RESUME | 06-18-2014 | 06-19-2014 |
| POM | C | RPP1 WALK/RUN | 04-07-2014 | 05-21-2014 |
| POM | C | 33 SERIES VOL 2 | 04-23-2013 | 05-28-2013 |
| POM | C | 33 SERIES VOL 1 | 03-05-2013 | 05-28-2013 |
| POM | C | INMATE IN CROCHET CLASS | 01-16-2013 | 02-06-2013 |
| POM | W | BUS MANAGEMENT VT 12:00-3:30P | 05-29-2012 | 12-13-2012 |
| POM | W | BUS MANAGEMENT VT 12:00-3:30P | 05-29-2012 | 09-24-2012 |
| POM | C | FCI ADVANCED LEATHER CLASS | 06-05-2012 | 06-14-2012 |
| POM | C | INMATE IN LEATHER CLASS | 04-17-2012 | 05-24-2012 |
| POM | C | 6 DRUG EDUCATION | 03-16-2012 | 04-27-2012 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 09-21-2011 |
| CARE1-MH | CARE1-MENTAL HEALTH | 10-03-2011 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 09-21-2011 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-21-2011 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-21-2011 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 03-14-2017 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-27-2012 |

**FRP Details**

| Most Recent Payment Plan |
|---|

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 10-21-2011 |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $50.00 | Obligation Balance: $9,757.87 | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | | |
|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $800.00 | $800.00 | IMMEDIATE | EXPIRED | | |
| | | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | | |
| 2 | REST FV | $17,556.05 | $9,757.87 | IMMEDIATE | AGREED | | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | | 09-11-2019 | OAK | PAYMENT | INSIDE PMT | $25.00 |
| | | | 06-11-2019 | OAK | PAYMENT | INSIDE PMT | $25.00 |

**Payment Details**

# Amherst Theological Seminary

The Board of Trustees, upon the recommendation of the Faculty,

hereby confers upon

## Gerard Eugene Bennett

the degree of

## Master of Sacred Theology Education

with all rights and privileges appertaining thereunto; to which we
have affixed our signatures and the seal of the Seminary on this
Fourth Day of June, in the year of our Lord
Two Thousand Twenty-One

Chancellor

President

*Madison Heights, Virginia*
*\*This institution is exempt from the requirement of Virginia state approval*

# Amherst Theological Seminary

The Board of Trustees, upon the recommendation of the Faculty,

hereby confers upon

## Gerald Eugene Bennett

the degree of

## Associate of Sacred Theology

with all rights and privileges appertaining thereunto; to which we
have affixed our signatures and the seal of the Seminary on this
Third day of June, in the year of our Lord
Two Thousand Nineteen



_____
Chancellor

_____ D. Div.
President

Madison Heights, Virginia
*This institution is exempt from the requirement of Virginia state approval

# Amherst Theological Seminary

The Board of Trustees, upon the recommendation of the Faculty,

hereby confers upon

## Gerald Eugene Bennett

the degree of

## Associate of Religious Education

with all rights and privileges appertaining thereunto; to which we
have affixed our signatures and the seal of the Seminary on this
Fifth day of June, in the year of our Lord
Two Thousand Twenty



_____
Chancellor

_____
President

Madison Heights, Virginia
*This institution is exempt from the requirement of Virginia state approval

# Fellowship Bible Institute

The Board Of Trustees, upon the recommendation of the Faculty,

hereby confers upon

## Gerald Bennett

the degree of

## Graduate of Biblical Studies

with all rights and privileges appertaining

thereunto; to which we have affixed our

signatures and the seal of the Seminary on this

Eleventh day of May, in the Year of Our Lord

Two Thousand Seven.

**Chancellor**

*Madison Heights, Virginia*

**Vice-President, Distant Learning**

*A Division of Amherst Theological Seminary*

*\*This institution is exempt from the requirement of Virginia state approval.*

# Ferris State University

### Michigan's Applied Polytechnic University



## ACCA

### Air Conditioning Contractors of America

# Certificate of Completion

This is to attest that

## GERALD E BENNETT

has successfully completed the
Refrigerant Transition and Recovery Certification course
and has passed the tests granting recognition in the
following areas of residential and commercial service

### Type II, III

James P. Norris
Executive Vice President, ACCA

Joel D. Galloway
Dean, College of Technology

Certification No: 416117588

Date of Certification: July 12, 1993

Type II  -  High pressure systems below 50 pounds.
Type III  -  High pressure 50 pounds and above.
Type IV  -  Low pressure systems.

Alabama Power Company
awards this Certificate of Achievement to

*Gerald Eugene Bennett*

an employee of   AFFORDABLE REPAIR

for completion of Course 1502:

## FOUNDATIONS FOR TROUBLESHOOTING HEAT-PUMP ELECTRICAL SYSTEMS

a course consisting of 32 hours of classroom and laboratory heat pump service training.

*February 21, 1991*
Date

Training Analyst

Manager -- Heat Pump Training Center

**Alabama Power**

HEAT PUMP TRAINING CENTER

# Louisiana Technical College

On the recommendation of the faculty
and by virtue of the authority vested in them, the Board of Supervisors
of the Louisiana Community and Technical College System
has conferred upon

## Gerald E Bennett

the
### Technical Diploma

in
### Business Office Technology

In testimony whereof, the seal of the College
and the signatures of its officers are hereunto affixed
the 10th day of December, 2012.

Chancellor

Vice Chancellor of Academic and Student Affairs



President, Louisiana Community
and Technical College System

Chair, Board of Supervisors

On Amazon



The Despised God has (
by Gerald Bennett  |  May 8, 2

★★★★★ 1

Paperback
$9⁹⁵

prime
FREE Shipping on orders over
shipped by Amazon

DATE REVIEWED:  _____05-12-2020_____

INSTITUTION:    FCI Oakdale I_____    UNIT:     Vernon_____
INMATE NAME:    BENNETT, Gerald_____    REG NO:   08163-003_____

FIRST STEP ACT (Circle One):        ELIGIBLE    /    (INELIGIBLE)

RECIDIVISM RISK LEVEL (Circle One):        (MINIMUM)  LOW  MEDIUM    HIGH

# ᴅ JEFFERSON DAVIS COMMUNITY COLLEGE

## *Certificate of Completion*

# GERALD BENNETT

*Has satisfactorily completed the requirements for*

# COMMERCIAL FOODS

## May 4, 2006



_____
Mr. Otis Thames
Technical Division Chair
Jefferson Davis Community College

_____
Dr. Susan McBride
President,
Jefferson Davis Community College

_____
Dean Kathleen Hall
Dean of Instruction,
Jefferson Davis Community College

# State of Alabama
# High School Equivalency Diploma

## This is to Certify That

### GERALD E BENNETT

having achieved the scores prescribed by the State of Alabama and thereby demonstrating satisfactory achievement in the major academic skills measured by the Tests of General Educational Development, the State Board of Education hereby awards this Alabama High School Equivalency Diploma, Number   **1535433**

In witness whereof our names and the Seal of the State Board of Education, Montgomery, Alabama are hereto affixed on this the   27   day of   April, 2005

*Bob Riley*

President, State Board of Education
Governor, State of Alabama

Chancellor
Alabama Department of Postsecondary Education

# The Diocese Of The Central Gulf Coast

*In the name of the Father, and of the Son, and of the Holy Spirit. Amen.*

THIS CERTIFIES THAT _Gerald Bennett_

RECEIVED THE APOSTOLIC RITE OF "THE LAYING ON OF HANDS" IN

## Confirmation

IN _Trinity Episcopal Church_ _Atmore, Alabama_
CHURCH                  PLACE

ON THE_ 2ND _ DAY OF_ July _, A.D. _2007_

_____
PRESENTER

✝ _____
BISHOP OF THE CENTRAL GULF COAST

# CERTIFICATE OF COMPLETION

### AWARDED TO:

*Gerald Bennett*

*A.I.S.# 136434*

*after successfully fulfilling requirements for:*

## "Hidden Keys to Loving Relationships"

10-Hour Seminar, Winter 2007

## FAITH HONOR COMMUNITY
## FOUNTAIN CORRECTIONAL FACILITY

### ATMORE, AL

SPONSOR:

*We Care*

B Eshelman    12/21/07              1/18/08

Institutional Chaplain     Date          Dorm Director         Date

# CERTIFICATE OF COMPLETION



THE KAIROS SHORTCOURSE IS A TOTAL IMMERSION THREE-AND-ONE-HALF-DAY INSTRUCTIONAL INTRODUCTION TO LIVING IN CHRISTIAN COMMUNITY. FORGIVENESS OF OTHERS, SELF EXAMINATION, GOAL SETTING, SELF ESTEEM, SMALL GROUP INTERACTION, COMMUNICATION, RESPONSIBILITY, TRUST AND RESPECT ARE INTENSE ELEMENTS OF THE CURRICULUM.

This certifies that _Gerald Bennett_ _136434_ attended and

completed Kairos # _43_ at _G.K. FOUNTAIN CORRECTIONAL CENTER_

during _April 6-9, 2006_

_William E. Dauar_

Chairman, Kairos District of _Alabama_

This certificate should be a permanent part of the official records of the above named individual. It certifies participation in a significant program which entails extensive follow-up participation, and is hereby entitled to participate in Kairos activities when these are offered at other Department of Corrections institutions to which this individual may be assigned.

_B. Eshelman_

Chaplain

_G.K. FOUNTAIN CORRECTIONAL CENTER_

Institution

Gerald Bennett   08163-003
P.O. Box 5000
Yazoo City, MS 39194





United States District Court For the
Southern District of Alabama Southern Div.
Clerk
115 ST. Joseph Street
Mobile, AL 36602